

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2019

No. 04-18-00834-CV

**IN THE INTEREST OF T.R.H.,** a child,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20578
Honorable Laura Salinas, Judge Presiding

## O R D E R

On May 23, 2019, appellant filed his appellant's brief. Texas Rule of Appellate Procedure 9.9 prohibits the filing of any document containing sensitive data unless the inclusion of sensitive data is specifically required by statute, court rule, or administrative regulation. TEX. R. APP. P. 9.9. Appellant's brief includes sensitive data, specifically the name of a minor in the order attached in the appendix, which has not been redacted to protect the minor's identity. *See id*.

We therefore **ORDER** appellant's brief stricken and **ORDER** appellant to file an amended appellant's brief in compliance with Texas Rule of Appellate Procedure 9.9 **on or before June 10, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court